IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS R. KIMES,

      Plaintiff,                                No. CIV S-09-0853 GEB DAD PS

      vs.

ERIK K. SHINSEKI, Secretary,
U.S. Department of Veteran Affairs,     <u>ORDER</u>

      Defendant.

_____/

        This matter came before the court on April 23, 2010, for hearing of defendant's motion to dismiss and plaintiff's counter-motion to amend. Plaintiff Curtis R. Kimes, who is proceeding pro se in this action, appeared on his own behalf. Attorney J. Earlene Gordon appeared for defendant.

        Upon consideration of all written materials filed in connection with the motion, as well as the parties' arguments at the hearing, and for the reasons stated in open court, IT IS HEREBY ORDERED that:

        1. Defendant's March 16, 2010 motion to dismiss (Doc. No. 19) is granted to the extent set forth at the hearing, as is plaintiff's April 8, 2010 counter-motion to amend (Doc. No. 21);

/////

2. Plaintiff is granted thirty days to file and serve an amended complaint that addresses the deficiencies discussed at the hearing; if additional time is needed, plaintiff may obtain an extension by filing and serving a very brief written request for a continuance in which he suggests the amount of time needed;

3. Plaintiff's amended complaint must bear the case number assigned to this case and must be titled "First Amended Complaint"; the caption of the amended complaint must name the proper defendant; in compliance with Local Rule 220, the amended complaint must be complete in itself without reference to plaintiff's prior pleading; and

4. Plaintiff shall serve all of his subsequent filings in this action upon defendant by sending one copy of each document to defendant's counsel by regular mail sent to the address shown on counsel's filings.

DATED: April 26, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\kimes0853.oah042310.mtdgr.lta