IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS R. KIMES,

      Plaintiff,                        No. CIV S-09-0853 KJM DAD PS

     vs.

ERIK K. SHINSEKI, Secretary,      ORDER SETTING STATUS
U.S. Department of Veteran Affairs,  (PRETRIAL SCHEDULING)
                                                 CONFERENCE
      Defendant.

_____/

        The court's records for this case reflect that defendant has filed an answer to plaintiff's amended complaint, and plaintiff has recently provided the court and defendant's counsel with an update on his medical status. Although the assigned district judge has not yet issued a final ruling on defendant's motion to dismiss, the undersigned will set a status conference in anticipation of a final ruling within the next three months.

        Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

        1. A Status (Pretrial Scheduling) Conference is set for **Friday, October 7, 2011, at 10:00 a.m.**, in Courtroom No. 27, before the undersigned.

        2. Any party may appear at the status conference telephonically. To arrange telephonic appearance, the party must contact Pete Buzo, courtroom deputy to the undersigned, at

1

(916) 930-4128 not later than 48 hours before the status conference.  A land line telephone number must be provided for the court's use in placing a call to the party appearing telephonically.

        3.  Plaintiff shall file and serve a status report on or before **September 23, 2011,** and defendant shall file and serve a status report on or before **September 30, 2011**.  Each status report shall address all of the following matters, if applicable to this case:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Any expected or desired amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case, including matters in bankruptcy;

    j.    Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

    k.    Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l.    Any other matters that may aid in the just and expeditious disposition of this action.

/////

4. This status conference may be continued for a reasonable time on the written request of either party.

DATED: July 5, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\kimes0853.ossc4