IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS R. KIMES,

        Plaintiff,                   No. CIV S-09-0853 KJM DAD PS

      v.

ERIK K. SHINSEKI, Secretary,
U.S. Department of Veteran Affairs,

        Defendant.                ORDER

_____/

       Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

       On October 2, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

       The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

/////

1

1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 2, 2012 (Doc. No. 49) are adopted in full; and

2. Defendant's August 24, 2012 motion for summary judgment (Doc. No. 44) is denied without prejudice to its refiling following the close of discovery in this action.

DATED: January 10, 2013.

_____
UNITED STATES DISTRICT JUDGE