UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS R. KIMES,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | No. 2:09-CV-00853-KJM-DAD<br><br><br>ORDER |

The parties notified the court in their January 6, 2014 Joint Status Report that the above-captioned matter had settled. (ECF 79 at 1.) In that report, the parties also represented that they would file a joint dismissal with prejudice within the next 60 days. (*Id.* at 2.) The court issued a minute order on January 10, 2014, ordering the parties to file dispositional documents no later than March 11, 2014. (ECF 80.) The parties have neither filed dispositional documents nor requested extensions of time from the court.

Accordingly, the parties are hereby ORDERED, within seven (7) days of entry of this order, to show cause why they should not be sanctioned for their failure to comply with this court's order.

IT IS SO ORDERED.

DATE: April 8, 2014.

_____
UNITED STATES DISTRICT JUDGE

1